Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600
Fax:  213.236.2700

Attorneys for Defendant
The Guardian Life Insurance Company of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN LARSON,<br><br>    Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; and, DiMAxx TECHNOLOGIES, LLC GROUP LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No.  2:15-cv-000931-MCE-EFB<br><br>**ORDER GRANTING STIPULATION FOR A 30-DAY EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**Complaint Served:  05/6/15<br>Current Response Date:  05/27/15<br>New Response Date:  06/26/15**<br><br>Honorable Morrison C. England, Jr. |

Pursuant to the parties' Stipulation, IT IS HEREBY ORDERED that Defendant The Guardian Life Insurance Company of America has an extension of time and must answer or otherwise plead to Plaintiff's Complaint on or before June 26, 2015.

IT IS SO ORDERED.

Dated:  May 19, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT