UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN LARSON,<br><br>        Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; and, DiMAxx TECHNOLOGIES, LLC GROUP LONG TERM DISABILITY PLAN,<br><br>        Defendants. | Case No.  2:15-cv-000931-MCE-EFB<br><br>**ORDER GRANTING STIPULATION FOR A 24-DAY EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>**Complaint Served:  05/12/15<br>Current Response Date:  06/02/15<br>New Response Date:  06/26/15**<br><br>Honorable Morrison C. England, Jr. |

Pursuant to the parties' Stipulation, Defendant DiMaxx Technologies, LLC Group Long Term Disability Plan has an extension of time and must answer or otherwise plead to Plaintiff's Complaint on or before June 26, 2015.

IT IS SO ORDERED.

Dated:  June 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES