# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN LARSON,<br><br>        Plaintiff,<br><br>v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; and, DiMAxx TECHNOLOGIES, LLC GROUP LONG TERM DISABILITY PLAN,<br><br>        Defendants. | Case No. 2:15-cv-00931-MCE-EFB<br><br>**ORDER RE STIPULATION FOR DISMISSAL OF DEFENDANT DiMAxx TECHNOLOGIES, LLC GROUP LONG TERM DISABILITY PLAN WITHOUT PREJUDICE** |

Based on the Stipulation of the parties for Dismissal without Prejudice of Defendant DiMaxx Technologies, LLC Group Long Term Disability Plan ("the Plan") (ECF No. 13), and good cause appearing therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

LA #4849-9121-5396 v1

ORDER RE STIPULATION FOR DISMISSAL OF DEFENDANT PLAN

it is hereby ordered that the Plan <u>only</u> shall be dismissed from this lawsuit, under the terms and conditions of the accompanying Stipulation, without prejudice and without costs.  The action shall proceed solely against Defendant The Guardian Life Insurance Company of America.

    IT IS SO ORDERED.

Dated:  June 5, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT