Frank N. Darras (SBN 128904)
E-Mail: Frank@DarrasLaw.com
Lissa A. Martinez (SBN 206994)
E-Mail: LMartinez@DarrasLaw.com
Susan S. Grabarsky (SBN 203004)
E-Mail: SGrabarsky@DarrasLaw.com
Phillip S. Bather (SBN 273236)
E-mail: PBather@DarrasLaw.com
DARRASLAW, LLP
3257 East Guasti Road, Suite 300
Ontario, California 91761
Tel: 909.390.3770   Fax: 909.974.212

Attorneys for Plaintiff Dean Larson

Michael B. Bernacchi (SBN 163657)
E-mail: mbernacchi@bwslaw.com
Keiko J. Kojima (SBN 206595)
E-mail: kkojima@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel:  213.236.0600
Fax:  213.236.2700

Attorneys for Defendant
The Guardian Life Insurance Company of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEAN LARSON, <br><br> Plaintiff, <br><br> v. <br><br> THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA; <br><br> Defendant. | Case No.  2:15-cv-00931-MCE-EFB <br><br> **STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

///

///

///

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4830-2636-3438 v1

CASE NO.  2:15-CV-00931-MCE-EFB
STIPULATION AND ORDER FOR DISMISSAL OF
ENTIRE ACTION WITH PREJUDICE

Plaintiff Dean Larson and Defendant The Guardian Life Insurance Company of America, by and through counsel of record, hereby stipulate to dismiss this action in its entirety with prejudice as to all parties.  The parties will bear their own respective attorneys' fees and costs.

IT IS SO STIPULATED.

Dated:  February 18, 2016

DARRASLAW
Frank N. Darras
Lissa A. Martinez
Susan S. Grabarsky
Phillip S. Bather

By: *s/ Phillip S. Bather*
*[As authorized on February 18, 2016]*
Phillip S. Bather
Attorneys for Plaintiff Dean Larson

Dated:  February 18, 2016

BURKE, WILLIAMS & SORENSEN, LLP
Michael B. Bernacchi
Keiko J. Kojima

By:  *s/ Keiko J. Kojima*
Keiko J. Kojima
Attorneys for Defendant
The Guardian Life Insurance Company of America

## **ORDER**

Pursuant to the parties' stipulation, and good cause appearing therefrom, it is hereby that this action is dismissed in its entirety with prejudice.  The parties will bear their own respective attorneys' fees and costs, and the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  February 22, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4830-2636-3438 v1

- 2 -

CASE NO.  2:15-CV-00931-MCE-EFB
STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE